# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MARGARET C. DANIELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-838-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

Upon consideration of Defendant's unopposed *Motion for Extension of Time to File Brief* (Doc. #15, filed February 25, 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief **on or before March 26, 2008**.

Done this 26th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE