# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MARGARET C. DANIELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-838-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's unopposed *Motion to Amend Judgment Pursuant to Fed. R. Civ. P. 59(e)* (Doc. #23, filed May 21, 2008), and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**, and the *Order of Judgment* (Doc. #22, entered May 14, 2008) will be appropriately amended to reflect the relief requested.

Done this 23rd day of May, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE