IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET C. DANIELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. 1:07cv838-TFM** |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the *Application for Attorney Fees Under the Equal Access to Justice Act* submitted by the Plaintiff (Doc. #26, filed August 12, 2008), and the exhibits thereto, it is hereby

**ORDERED** that the **DEFENDANT file a response by August 26, 2008** to show any cause why the petition should not be granted.

Done this 13th day of August, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE