IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET C. DANIELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. 1:07cv838-TFM** |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is now before the Court on the Plaintiff's *Application for Attorney Fees Under the Equal Access to Justice Act* (EAJA) submitted by the Plaintiff (Doc. #26, filed August 12, 2008). Judgment in this case was entered in favor of plaintiff upon remand pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. #22, filed May 14, 2008). Defendant agreed to the total amount requested of $2,906.25 for 23.5 hours in its *Response to Plaintiff's Application*. . . . (Doc. #28, filed August 26, 2008).

Upon review, the Court determines that the Plaintiff's application for an award of attorney fees and costs under EAJA is timely filed, that Plaintiff has met the requisite prevailing party status entitling her to an award of fees, and that the terms of the award agreed upon by the parties are reasonable.

Accordingly, it is the ORDER, JUDGMENT, and DECREE of this Court that the plaintiff's application for an award of fees and expenses under the Equal Access to Justice

Act is **GRANTED** in the total amount of $ 2,906.25, and that said amount be issued to Plaintiff as the prevailing party in this litigation.

Done this 27th day of August, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE